IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| KEVIN D. WICKSTROM, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED AIRLINES MASTER )<br>EXECUTIVE COUNCIL )<br>and AIRLINE PILOTS ASSOCIATION, )<br>INTERNATIONAL, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:22-cv-00315-DB<br>ECF No. 21 |

**[PROPOSED] ORDER ON PARTIES' JOINT MOTION TO POSTPONE FILING OF SCHEDULING ORDER, TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTIONS TO TRANSFER VENUE AND TO DISMSS, AND TO EXTEND PARTIES' TIME TO FILE RESPONSE AND REPLY BRIEFS ON DEFENDANT'S MOTIONS TO TRANSFER VENUE AND TO DISMISS**

Having considered Parties' Joint Motion, the Court hereby **ORDERS** that Parties' request to defer requirement of the Scheduling Order, to stay discovery pending resolution of Defendant's Motions to Transfer Venue and to Dismiss ("Defendant's Motions"), and to extend time to file response and reply briefs on Defendant's Motions to December 23, 2022 and January 13, 2023, respectively, is **GRANTED**.

So ORDERED and SIGNED on this 28th day of November 2022.

_____
UNITED STATES DISTRICT JUDGE